**DENIED and Opinion Filed December 13, 2022**



**In the**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-01321-CV**

**IN RE ETHICON, INC. AND JOHNSON & JOHNSON, Relators**

**Original Proceedings from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05461-D**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Carlyle

Before the Court is relators' December 12, 2022 petition seeking a writ of mandamus compelling the trial court (1) to vacate its order denying relators' motion for mistrial and (2) to declare a mistrial.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition, real party in interest's response, relators' reply, and the record before us, we conclude that relator has failed to demonstrate entitlement to the requested mandamus relief.

Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

We also lift the stay issued by this Court's December 12, 2022 Order.


221321f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE